COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS



FEDERICO AMAYA,


 Appellant,


v.


MARIBEL FRANCO AMAYA,


 Appellee.
§


 


§


 


§


 


§


 


§


 


 § 


No. 08-08-00054-CV
 


Appeal from the


383rd District Court 


of El Paso County, Texas 


(TC# 2005AG8094) 



MEMORANDUM OPINION


 This appeal is before the Court on Appellant's motion. Appellant filed his notice of appeal
on January 30, 2008. Appellant moves to dismiss this appeal on the basis that the appeal was
incorrectly filed with this Court. Pursuant to Texas Rule of Appellate Procedure 42.1(a)(1), the
Appellant's motion to dismiss the appeal is granted and the appeal is dismissed.


 KENNETH R. CARR, Justice


April 10, 2008


Before Chew, C.J., McClure, and Carr, JJ.